IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| TYREEK WORDSLEY | NO. 11-698 |

### O R D E R

**AND NOW**, this 2nd day of April, 2014, upon consideration of defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 39, filed November 22, 2013), and Government's Response to Defendant's Pro Se Motion Filed Pursuant to 28 U.S.C. § 2255 (Document No. 45, filed March 17, 2014), for the reasons set forth in the Memorandum dated April 2, 2014, **IT IS ORDERED** that defendant's Motion is **DISMISSED** and **DENIED**.

**IT IS FURTHER ORDERED** that an evidentiary hearing will not be held because "the motion and files and records of the case conclusively show" that defendant is entitled to no relief.  28 U.S.C. § 2255(b).

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate (a) the propriety of this Court's procedural rulings with respect to defendant's claims, or (b) this Court's decision that defendant's motion does not state a valid claim of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Hon. Jan E. DuBois
**DuBOIS, JAN E., J.**